# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIA DOMINGUEZ CIFUENTES**<br>　　　　　　　**Plaintiff,**<br>　　　v.<br>**DR. JAY JEMAIL**<br>　　　　　　　**Defendant.** | **CIVIL ACTION NO. 20-2874** |

## ORDER

**AND NOW**, this 25th day of March 2021, upon consideration of Defendant's Motion to Dismiss [Doc. No. 2] and Plaintiff's Response or in the alternative Motion to Amend [Doc. No. 5], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED** as to all claims. It is further **ORDERED** that Plaintiff's Motion to Amend is **GRANTED** and Plaintiff may file an amended complaint by **April 16, 2021**, if she can do so in conformity with the Memorandum Opinion.

The Clerk is directed to **CLOSE** the case for statistical purposes; the case will be reopened if an amended complaint is filed.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**